_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
November 22, 2021

_____

| Jeffrey L. Hartman, Esq. | Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice* |
| Nevada Bar No. 1607 | Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice* |
| **HARTMAN & HARTMAN** | Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice* |
| 510 W. Plumb Lane, Suite B | Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice* |
| Reno, NV 89509 | **MELAND BUDWICK, P.A.** |
| T: (775) 324-2800 | 3200 Southeast Financial Center |
| F: (775) 324-1818 | 200 South Biscayne Boulevard |
| notices@bankruptcyreno.com | Miami, Florida 33131 |
| | T: (305) 358-6363 |
| | F: (305) 358-1221 |
| | mbudwick@melandbudwick.com |
| | sgenet@melandbudwick.com |
| | gbenezra@melandbudwick.com |
| | abrody@melandbudwick.com |

Attorneys for Christina Lovato, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>　　　Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7) |
| Affects:<br>☒ DC Solar Solutions, Inc.<br>☒ DC Solar Distribution, Inc.<br>☒ DC Solar Freedom, Inc.<br>☒ Double Jump, Inc. | Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \| |

1

| | |
|---|---|
| CHRISTINA W. LOVATO,<br><br>    Plaintiff,<br><br>v.<br><br>NIXON PEABODY LLP,<br><br>    Defendant. | Adversary No.: 21-05072-gs<br><br>**ORDER ON STIPULATION TO EXTEND DEADLINE FOR NIXON PEABODY LLP TO RESPOND TO COMPLAINT** |

Having considered the parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED:**

1. Defendant shall file any motion for withdrawal of the reference on or before November 26, 2021.

2. Defendant shall respond to the Complaint on or before January 7, 2022.

   **IT IS SO ORDERED.**

Submitted By:

**MELAND BUDWICK, P.A.**

<u>/s/ Solomon B. Genet, Esq.</u>
Michael S. Budwick, Esq., Admitted Pro Hac Vice
Solomon B. Genet, Esq., Admitted Pro Hac Vice
Gil Ben-Ezra, Esq., Admitted Pro Hac Vice
Alexander E. Brody, Esq., Admitted Pro Hac Vice
Counsel for Trustee Christina W. Lovato

# # #