_____
Honorable Gary Spraker
United States Bankruptcy Judge



Entered on Docket
September 22, 2022

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>DOUBLE JUMP, INC.,<br><br>　　　　Debtor(s). | Lead Case No.: 19-50102-gs<br>Chapter 7<br><br>Substantively Consolidated With:<br><br>19-50130-gs　DC Solar Solutions, Inc.<br>19-50131-gs　DC Solar Distribution, Inc.<br>19-50135-gs　DC Solar Freedom, Inc. |
| Affects:<br>　X　DC Solar Solutions, Inc.<br>　X　DC Solar Distribution, Inc.<br>　X　DC Solar Freedom, Inc.<br>　X　Double Jump, Inc. | |
| CHRISTINA W. LOVATO,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>NIXON PEABODY LLP,<br><br>　　　　Defendant(s). | Adv. Proc. No.: 21-05072-gs<br><br>Hearing Date<br>Date:　　June 3, 2022<br>Time:　　9:30 a.m. |

## **ORDER ON DEFENDANT'S MOTION TO DISMISS**

　　　On June 3, 2022, the court held a hearing on defendant Nixon Peabody, LLP's Motion to Dismiss Counts I-IV and VIII of the Complaint (Adv. ECF No. 43) (Motion to Dismiss). Appearances were as noted on the record. For the reasons stated in the court's Memorandum Decision on Defendant's Motion to Dismiss entered concurrently herewith,

　　　IT IS HEREBY ORDERED that the Motion to Dismiss Counts I-IV and VIII of the Complaint (Adv. ECF No. 43) is GRANTED in part and DENIED in part as follows:

1

1. The Motion to Dismiss counts I-IV is DENIED.

2. The Motion to Dismiss count VIII is GRANTED.

IT IS SO ORDERED.

\* \* \* \* \*

Copy sent to all parties and/or their counsel via CM/ECF Electronic Notice.

Copy sent via BNC to:

BAILEY W. HEAPS on behalf of Defendant NIXON PEABODY LLP
633 BATTERY STREET
SAN FRANCISCO, CA 94111

ELLIOT R. PETERS on behalf of Defendant NIXON PEABODY LLP
KEKER, VAN NEST & PETERS LLP
633 BATTERY STREET
SAN FRANCISCO, CA 94111

BENJAMIN D. ROTHSTEIN on behalf of Defendant NIXON PEABODY LLP
633 BATTERY STREET
SAN FRANCISCO, CA 94111

DEEVA SHAH on behalf of Defendant NIXON PEABODY LLP
633 BATTERY STREET
SAN FRANCISCO, CA 94111

CHRISTINE ZALESKI on behalf of Defendant NIXON PEABODY LLP
633 BATTERY STREET
SAN FRANCISCO, CA 94111

# # #