UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re DOUBLE JUMP, INC.<br><br>Debtor. | Case No. 3:23-cv-00082-LRH<br><br>Adversary Case No. 21-05072-gs |
| CHRISTINA W. LOVATO,<br><br>Plaintiff,<br><br>v.<br><br>NIXON PEABODY LLP,<br><br>Defendant. | Appeal Reference No. 23-00001<br><br>Lead Case No. BK-19-50102-gs (Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom Inc. \| |
| NIXON PEABODY LLP (Cross-Appellant),<br><br>Appellant,<br><br>v.<br><br>CHRISTINA W. LOVATO (Cross-Appellee),<br><br>Appellee. | REASSIGNMENT ORDER<br><br>RE: APL 23-04 |

The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. *See* Local Rule 42-1. Reassignment of the cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge and magistrate in the first filed case.

On March 3, 2023, Appellee Lovato filed a Notice of Related Cases (ECF No. 5) stating that, "This cross-appeal is interrelated with the same questions that are currently pending before

1

Judge Traum in Case No. 3:22-cv-00257-ART-CLB and Case No. 3:23-cv-00051-ART-CLB." ECF No. 5 at 2:21-23.

Good cause appearing, IT IS HEREBY ORDERED that Case No. 3:23-cv-00082-LRH is reassigned to District Judge Anne R. Traum and Magistrate Judge Carla L. Baldwin.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket(s) to reflect this reassignment.

IT IS SO ORDERED.

DATED this  6th day of March, 2023.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 7th day of March, 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE