Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
T: (775) 324-2800
F: (775) 324-1818
notices@bankruptcyreno.com

Michael S. Budwick, Esq. #938777 – Admitted *Pro Hac Vice*
Solomon B. Genet, Esq. #617911 – Admitted *Pro Hac Vice*
Meaghan E. Murphy, Esq. #102770 – Admitted *Pro Hac Vice*
Gil Ben-Ezra, Esq. #118089 – Admitted *Pro Hac Vice*
Alexander E. Brody, Esq. #1025332 – Admitted *Pro Hac Vice*
**MELAND BUDWICK, P.A.**
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
T: (305) 358-6363
F: (305) 358-1221
mbudwick@melandbudwick.com
sgenet@melandbudwick.com
mmurphy@melandbudwick.com
gbenezra@melandbudwick.com
abrody@melandbudwick.com

*Attorneys for Christina W. Lovato, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>    Debtor. | Lead Case No.: BK-19-50102-gs<br>(Chapter 7)<br><br>Substantively consolidated with:<br><br>\| 19-50130-gs \| DC Solar Solutions, Inc. \|<br>\| 19-50131-gs \| DC Solar Distribution, Inc. \|<br>\| 19-50135-gs \| DC Solar Freedom, Inc. \| |
| CHRISTINA W. LOVATO,<br><br>    Plaintiff,<br><br>v.<br><br>NIXON PEABODY LLP,<br><br>    Defendant. | Adversary No.: 21-05072-gs<br><br>**NOTICE OF FILING [PROPOSED] ORDER DENYING DEFENDANT NIXON PEABODY LLP'S MOTION FOR PROTECTIVE ORDER TO MAINTAIN CONFIDENTIALITY [ECF No. 402]** |

1

As requested by the Court at the hearing on November 17, 2023, the Trustee today lodged a proposed order in connection with Defendant Nixon Peabody LLP's Motion for Protective Order to Maintain Confidentiality, ECF No. 402.

Dated: November 29, 2023.

                                                            */s/ Michael S. Budwick*
Solomon B. Genet, Esq.,
Michael S. Budwick, Esq.
Meaghan E. Murphy, Esq.
Gil Ben-Ezra, Esq.
Alexander E. Brody, Esq.
*Attorneys for Plaintiff Christina W. Lovato*

2

**CERTIFICATE OF SERVICE**

I certify that on November 29, 2023, I caused to be served the following document(s):

**NOTICE OF FILING [PROPOSED] ORDER DENYING DEFENDANT NIXON PEABODY LLP'S MOTION FOR PROTECTIVE ORDER TO MAINTAIN CONFIDENTIALITY [ECF No. 402]**

I caused to be served the above-named document(s) as indicated below:

✔ a.  Via ECF to:

    ALEXANDER E. BRODY    abrody@melandbudwick.com ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com mrbnefs@yahoo.com
    LOUIS M BUBALA    lbubala@kcnvlaw.com cdroessler@kcnvlaw.com bsheehan@kcnvlaw.com
    MICHAEL S. BUDWICK    mbudwick@melandbudwick.com ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
    SOLOMON B. GENET    sgenet@melandbudwick.com ltannenbaum@melandbudwick.com ltannenbaum@ecf.courtdrive.com
    JEFFREY L HARTMAN    notices@bankruptcyreno.com abg@bankruptcyreno.com
    BAILEY W. HEAPS    bheaps@keker.com
    ADAM HOSMER-HENNER    ahosmerhenner@mcdonaldcarano.com
    CHRISTINA W. LOVATO    trusteelovato@att.net NV26@ecfcbis.com
    ERIC H. MACMICHAEL    emacmichael@kvn.com
    BENJAMIN D. ROTHSTEIN    brothstein@keker.com
    DEEVA SHAH    dshah@keker.com
    PAUL H. VON AUTENRIED    pvonautenried@keker.com
    CHRISTINE M. ZALESKI    czaleski@keker.com jgray@keker.com efiling@keker.com

✔ b.  Direct Email to:

    Elliot R. Peters, Esq. at epeters@keker.com
    Distribution List at npsolar@keker.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 29, 2023.

                */s/ Michael S. Budwick*
                Michael S. Budwick, Esq.