| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP<br>ELLIOT R. PETERS – *Admitted PHV*<br>epeters@keker.com<br>ERIC H. MACMICHAEL – *Admitted PHV*<br>emacmichael@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:   415 391 5400<br>Facsimile:    415 397 7188 | KAEMPFER CROWELL<br>LOUIS M. BUBALA III - # 8974<br>lbubala@kcnvlaw.com<br>50 W. Liberty St., Ste. 700<br>Reno, NV 89501<br>Telephone: 775 852 3900<br>Facsimile: 775 327 2011 |

Attorneys for Defendant Nixon Peabody LLP

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>DOUBLE JUMP, INC.<br><br>           Debtor,<br><br>_X_   Affects DC Solar Solutions, Inc.<br>_X_   Affects DC Solar Distribution, Inc.<br>_X_   Affects DC Solar Freedom, Inc.<br>_X_   Affects Double Jump, Inc. | Lead Case No. BK-19-50102-gs<br>(Chapter 7)<br><br><u>Substantively Consolidated with:</u><br><br>19-50130-gs   DC Solar Solutions, Inc.<br>19-50131-gs   DC Solar Distribution, Inc.<br>19-50135-gs   DC Solar Freedom, Inc. |
| CHRISTINA W. LOVATO,<br><br>           Plaintiff,<br><br>v.<br><br>NIXON PEABODY LLP,<br><br>           Defendant. | Adversary Case No.:  21-05072-gs<br><br>**STIPULATION** |

This Stipulation ("Stipulation") is entered into by and between Plaintiff Christina W. Lovato ("Trustee") and Defendant Nixon Peabody LLP ("Nixon") in the above-captioned adversary proceeding. On September 27, 2023, the Trustee filed a Motion to Compel Defendant to Provide a Declaration and Produce (1) Documents and (2) Required Metadata ("**Motion to Compel**") [ECF No. 395]. On November 9, 2023, the Court held oral argument on that motion and ordered the parties to meet and confer concerning, among other things, a proposed order regarding the scope of a declaration to be provided to the Trustee by Nixon. The parties have reached agreement regarding the scope of such a declaration. This agreement does not resolve other pending aspects of the Trustee' Motion to Compel, including the Trustee's request for an order compelling Nixon to conduct additional searches and produce metadata.

**IT IS STIPULATED AND AGREED** by Plaintiff Christina W. Lovato and Defendant Nixon Peabody LLP that by January 9, 2024, Nixon will serve on the Trustee one or more declarations that address the following items:

(1) The universe of ESI repositories Nixon preserved pursuant to any litigation hold(s) related to DC Solar, the date each was preserved, and any information about ESI that was not preserved.

(2) The identity of the custodian of each repository;

(3) Whether and, if so, when and how Nixon searched the repositories it preserved, including the search terms and parameters used and whether it relied on self-collection;

(4) Nixon's bases for any decision not to preserve or search presumptively relevant repositories; and

(5) Any details explaining why Nixon produced any documents with altered or omitted file path and custodian metadata, including why Nixon used technology or collection means that it did relating to such data; what other means of collection and production were available to Nixon; and the factual bases for Nixon's objection to providing such data now.

///

///

///

The Parties further agree that they will continue to confer on remaining issues presented by the Trustee's Motion to Compel and will file a proposed order on those remaining issues by January 15, 2024.

DATED:  December 8, 2023

KAEMPFER CROWELL

By: _/s/ Louis M. Bubala III_
Attorneys for Defendant Nixon Peabody, LLP

DATED: December 8, 2023

MELAND BUDWICK, P.A.

By:_/s/ Gil Ben-Ezra_
Attorneys for Plaintiff Christina W. Lovato